IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      8:11CR27
                             )
      v.                     )
                             )
RICHARD G. TREADWELL,        )      ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for expansion of time to file objections to presentence report and to file motion for downward departure and/or variance (Filing No. 28). The Court notes plaintiff has no objection, and the motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until September 11, 2011, to file any and all objections to the presentence report and to file a motion for downward departure and/or variance.

DATED this 1st day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court